DANIEL H. BRUNNER
CHAPTER 13 TRUSTEE
P.O. Box 1513
Spokane, WA 99210-1513
(509) 747-8481

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

In Re:
Prado, Napolean I and
Prado, Michelle

Case No. 07-00640-FLK13

Debtors

## TENDER OF UNCLAIMED FUNDS

TO: The Clerk of the U.S. Bankruptcy Court, Eastern District of Washington

There is tendered herewith, the sum $120.03, BEING MONIES WHICH ARE UNCLAIMED in this case. The claimant entitled to these funds is as follows:

| Claimant | Last Known Address | Amount |
|---|---|---|
| Prado, Napolean I and Prado, Michelle | 1110 Elton Rd<br>Yakima, WA<br>98901 | $120.03 |

Dated: August 12, 2010

_____
DANIEL H. BRUNNER, Chapter 13 Trustee

Receipt 487525    8-20-10    #120.03